IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES K. BRIDWELL,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | 8:11CV429<br><br>ORDER |

Upon notice of settlement given to the magistrate judge on June 10, 2013, by Paul D. Boeshart, attorney for the defendant,

**IT IS ORDERED** that:

1. On or before **August 12, 2013**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the undersigned judge, at *thalken@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 11th day of June, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge