IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES K. BRIDWELL, ) | |
| ) | 8:11CV429 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | **STIPULATION AND MOTION FOR** |
| ) | **DISMISSAL WITH PREJUDICE** |
| Defendant. ) | |
| ) | |

Come now the Plaintiff and the Defendant and hereby stipulate, agree, and move that the above-captioned case be dismissed with prejudice, each party to bear their own costs, and complete record waived.

Executed this 15th day of August, 2013.

CHARLES K. BRIDWELL,            UNITED STATES OF AMERICA,
Plaintiff                                        Defendant

                                                    By:    DEBORAH R. GILG
By:    s/ E. Terry Sibbernsen            UNITED STATES ATTORNEY
       E. TERRY SIBBERNSEN  #13826
       SIBBERNSEN, STRIGENZ &
          SIBBERNSEN
       1111 North 102nd Court, Suite 330   And:   /s Paul D. Boeshart
       Omaha, NE 68114                                 PAUL D. BOESHART, #10365
       Tel:  (402) 493-7221                            Assistant U.S. Attorney
                                                       487 Federal Building
                                                       100 Centennial Mall North
                                                       Lincoln, NE 68508-3865
                                                       (402) 437-5241

CERTIFICATE OF SERVICE

      I hereby certify that on August 15, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

E. Terry Sibbernsen, Esq.

and hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  None.

                                              s/  Paul D. Boeshart
                                              PAUL D. BOESHART #10365
                                              Assistant U.S. Attorney