IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES K. BRIDWELL,<br><br>                    Plaintiff,<br><br>      vs.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | 8:11CV429<br><br><br>ORDER |

This matter is before the court on the parties' Stipulation and Motion for Dismissal with Prejudice (Filing No. 34).  The court finds that the parties' joint stipulation should be granted in accordance with Fed. R. Civ. P. 41(a).

**IT IS ORDERED** that the parties' joint stipulation (Filing No. 34) is granted and this case is dismissed with prejudice, each party to bear its own costs.

Dated this 15th day of August, 2013.

                                                            BY THE COURT:

                                                             s/ Thomas D. Thalken
                                                            United States Magistrate Judge